No. 128, Orig. ALASKA v. UNITED STATES. Motion of the Special Master for fees and reimbursements of expenses granted, and the Special Master is awarded a total of $20,112.75 for the period October 17, 2001, through April 16, 2002, to be paid equally by the parties. [For earlier order herein, see, e. g., 534 U. S. 1103.]

No. 01–1317. ATTORNEY GENERAL OF CANADA v. R. J. REYNOLDS TOBACCO HOLDINGS, INC., ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 01–7924. AGUILAR, AKA OZMAN v. NEW MEXICO. Dist. Ct. N. M., Bernalillo County. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 953] denied.

No. 01–8895. KELLY v. TOWN OF CHELMSFORD. C. A. 1st Cir. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 3, 2002, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 01–9081. IN RE STYRON;
No. 01–9633. IN RE THOMAS;
No. 01–9675. IN RE SHELTON; and
No. 01–9721. IN RE SMITH. Petitions for writs of habeas corpus denied.

No. 01–9727. IN RE SNAVELY. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U. S. 1 (1992) (per curiam). JUSTICE STEVENS dissents. See id., at 4, and cases cited therein.

No. 01–8850. IN RE MERRICKS; and
No. 01–9202. IN RE DAVIS. Petitions for writs of mandamus and/or prohibition denied.